| | |
|---|---|
| 1 | JOHN P. GODSIL (BAR NO. 174356) |
|  | john.godsil@ffslaw.com |
| 2 | TERRY J. KENT (BAR NO. 248098) |
|  | terry.kent@ffslaw.com |
| 3 | FREEMAN, FREEMAN & SMILEY, LLP |
|  | 1888 Century Park East, Suite 1900 |
| 4 | Los Angeles, California 90067 |
|  | Telephone:  (310) 255-6100 |
| 5 | Facsimile:  (310) 255-6200 |
| 6 | Attorneys for Defendant/Cross- |
|  | Complainant GOLDEN WEST CAPITAL, |
| 7 | LLC, Trustee of the Marana 16 Trust |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SACV 11-00200 JVS (RZx)

Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, NA, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB,

　　　　Plaintiff,

　　v.

KIRK HEINTZ, an individual; LARRY TODT, an individual, TODD J. SMITH, an individual; TODD SMITH, an individual; CARL WALLACE, an individual; GOLDEN WEST CAPITAL, TRUSTEE OF THE MARANA 16 TRUST, an entity whose form is unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the real property located in the County of Orange, commonly described as 16 Marana Street, San Clemente, California, 92673 which claim would be adverse to plaintiff's title to or interest in said property; and DOES 1 to 10, inclusive,

　　　　Defendants.

GOLDEN WEST CAPITAL, LLC, a California limited liability company,

Case No. SACV10-01633 JVS (RZx)
Consolidated with
[Assigned to the Hon. James V. Selna]

**ORDER FOR DISMISSAL OF CROSS CLAIMS OF GOLDEN WEST CAPITAL, LLC WITHOUT PREJUDICE**

Judge: Hon. James V. Selna]

---

1808906.1 22661-800

[PROPOSED] ORDER FOR DISMISSAL OF CROSS CLAIMS WITHOUT PREJUDICE

|   |   |
|---|---|
| 1 | Cross-Claimant, |
| 2 | vs. |
| 3 | KIRK HEINTZ, an individual; LARRY TODT, an individual, TODD J. SMITH, an individual; CARL WALLACE, an individual; and CATHY HYDER, an individual. |
| 6 | Cross-Defendants |

The Court has reviewed the Stipulation for Dismissal of Cross Claims of Golden West Capital, LLC Without Prejudice. Good cause appearing thereon, the Court hereby rules as follows:

1. The Cross Claims of Golden West Capital, LLC against Cross Defendants Cathy Hyder, Kirk Heintz, Larry Todt, Todd J. Smith and Carl Wallace are dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 29, 2012

_____
HON. JAMES V. SELNA
United States District Court Judge

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1808906.1 22661-800

2

[PROPOSED] ORDER FOR DISMISSAL OF CROSS CLAIMS WITHOUT PREJUDICE